01-15-00196-CV

CAUSE NO. _____

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR - 3 2015

CHRISTOPHER A. PRINE

CLERK_____

IN RE:  ADRIENE SIBLEY

FIRST COURT OF APPEALS

at Houston, Texas

## MOTION FOR EMERGENCY STAY

TO THE HONORABLE JUDGE:

NOW COMES, Adriene Sibley and request this Court issue an emergency stay in this case so that the County Court at Law #3 can issue no orders until this Court can require the Respondent to show cause as to why a writ should not issue.

Respectfully submitted

_Adriene Sibley_
Adriene Sibley
45 Hardy Ct
Gulfport, Ms

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing motion was served on March 3, 2015 by certified mail upon the following:

James Freeman
420 Heights Blvd
Houston, Texas   77007
Attorney for the Real Parties in Interest

Hon. Jeremy Warren
County Court at Law #3
111   E. Locust
Angleton, Texas   77515
Respondent

_____
Adriene   Sibley